IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY B. JOHNSON,                                                                                    PETITIONER
ADC # 068273,

v.                                         5:12CV00395-JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

**ORDER**

On March 27, 2013, Pulaski County Circuit Judge Chris Piazza denied Mr. Johnson's Petition for post-conviction release under Rule 37. (Doc. No. 11-1.) Parties should advise the Court if an appeal is pending. If it is not, and the case is now ripe for adjudication, both sides should address whether the Petitioner's claims are procedurally defaulted. Responses should be filed no later than 5 p.m., Thursday, August 8, 2013.

IT IS SO ORDERED this 9th day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE