# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TONY B. JOHNSON                                                                                           PETITIONER
ADC # 068273

V.                                            5:12CV00395-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief is denied. A certificate of appealability is denied.

SO ORDERED this 5th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE