# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TONY B. JOHNSON, ADC #068273**                                               **PETITIONER**

v.                    **5:12CV00395-JLH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 5th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE